■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. PORCH, Appellant. [817 NYS2d 546]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered April 19, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that said appeal from the judgment insofar as it imposed sentence be and the same hereby is unanimously dismissed (*see People v Haywood*, 203 AD2d 966

[1994], *lv denied* 83 NY2d 967 [1994]) and the judgment is affirmed. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.